BEFORE THE
UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re:<br><br>PREMERA BLUE CROSS CUSTOMER<br>DATA SECURITY BREACH LITIGATION | MDL Docket No. 2633 |

### PLAINTIFFS' AMENDED MOTION FOR CONSOLIDATION
### AND TRANSFER UNDER 28 U.S.C. §1407

Bradd Guenser, Plaintiff in the case styled *Guenser at al. v. Premera Blue Cross*, United States District Court for the Western District of Washington, Seattle Division, Case No. 2:15-cv-00441, hereby moves for an Order for consolidation and transfer of pretrial proceedings under 28 U.S.C. § 1407 for the following actions:

- *Guenser v. Premera Blue Cross*, No. 2:15-cv-00441 (W.D. Wash.)
- *Cushnie v. Premera Blue Cross*, No. 2:15-cv-00413 (W.D. Wash.)
- *Blackwolfe v. Premera Blue Cross*, No. 2:15-cv-00429 (W.D. Wash.)
- *Hoirup v. Premera Blue Cross*, No. 2:15-cv-00445 (W.D. Wash.)
- *Cossey et al. v. Premera Blue Cross*, No. 2:15-cv-00472 (W.D. Wash.)
- *Forseter et al. v. Premera Blue Cross*, No. 2:15-cv-00499 (W.D. Wash.)
- *Archibald v. Premera Blue Cross*, No. 2:15-cv-00505 (W.D. Wash.)
- *Colcord v. Premera Blue Cross*, No. 3:15-cv-00516 (D. Or.)

Plaintiff Guenser's Amended Motion for Consolidation and Transfer Under 28 U.S.C. § 1407 should be granted and all of these related actions, as well as any subsequently filed actions against Premera Blue Cross containing similar allegations should be transferred to the United States District Court for the Western District of

1

Washington, Seattle Division, to the Honorable Judge John C. Coughenour.

Dated: April 1, 2015							**TOUSLEY BRAIN STEPHENS PLLC**

By: s/ *Kim D. Stephens*
Kim D. Stephens, WSBA #11984
Email:  kstephens@tousley.com
Jason T. Dennett, WSBA #30686
Email: jdennett@tousley.com
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Tel:  (206) 682-5600
Fax: (206) 682-2992

James J. Pizzirusso
Email: jpizzirusso@hausfeld.com
Swathi Bojedla
Email: sbojedla@hausfeld.com
**HAUSFELD**
1700 K Street, NW
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

*Attorneys for Plaintiffs:*
Case No. 2:15-cv-00441: *Guenser v. Premer Blue Cross*, in the United States District Court for the Western District of Washington

Case No. 3:15-cv-00516: *Colcord v. Premera Blue Cross*, in the United States District Court for the District of Oregon Portland Division