BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE PREMERA BLUE CROSS CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | MDL Docket No. 2633 |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance and this Certificate of Service were filed using the Court's electronic case filing system (CM/ECF), and, served through the ECF system, which automatically sent a notice of electronic filing to the e-mail addresses of the following and also served by U.S. mail on the 13th day of April 2015:

Daniel R. Warren
Baker & Hostetler
1900 E. 9th Street
Suite 3200
Cleveland, OH 44114
*Attorney for Defendant Premera Blue Cross*

Randal Lee Gainer
Baker & Hostetler
Suite 3600
999 3rd Avenue,
Seattle, WA 98104
*Attorney for Defendant Premera Blue Cross*

John A. Yanchunis
Morgan & Morgan
201 North Franklin St., 7th Floor
Tampa, FL 33602
*Attorney for Plaintiffs Cossey, Connor and Mountjoy*

Paul Karslgodt
Baker & Hostetler LLP
1800 California Street
Suite 4400
Denver, CO 80202
*Attorney for Defendant Premera Blue Cross*

Robin L. Greenwald
James J. Bilsborrow
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
*Attorney for Plaintiffs Cossey, Connor and Mountjoy*

William B. Federman
Federman & Sherwood
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
*Attorney for Plaintiffs Blackwolfe*

Steven W. Teppler
F. Catfish Abbott
Abbott Law Group P.A.
2929 Plummer Cove Road
Jacksonville, FL 32223
*Attorney for Plaintiffs Cossey, Connor and Mountjoy*

Ari J. Scharg
Rafey S. Balabanian
Edelson PC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
*Attorneys for Plaintiff Cushnie*

Tina Wolfson
Robert Ahdoot
Theodore W. Maya
Ahdoot & Wolfson, PC
1016 Palm Ave.
West Hollywood, CA 90069
*Attorneys for Plaintiff Archibald*

Beth E. Terrell
Terrell Marshall Daudt & Willie PLLC
936 North 34th Street, Suite 300
Seattle, WA 98103-8869
*Attorney for Plaintiffs Cossey, et al.*

Howard Longman
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017
*Attorneys for Plaintiff Kaplowitz*

Irwin B. Levin
Richard E. Shevitz
Lynn A. Toops
Cohen & Malad LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
*Attorneys for Plaintiffs Forseter and Sherwood*

Joel R. Rhine
Rhine Law Firm, P.C.
1612 Military Cutoff Road
Suite 300
Wilmington, NC 28403
*Attorney for Plaintiffs Cossey, Connor and Mountjoy*

Matthew J. Ide
7900 SE 28th Street, Suite 500
Mercer Island, WA 98040
*Attorney for Plaintiffs Archibald and Burkhardt*

Robin L. Greenwald
James J. Bilsborrow
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
*Attorney for Plaintiffs Cossey, et al*

Gary S. Graifman
Robert Lubitz
Kantrowitz, Goldhamer & Graifman, PC
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977
*Attorneys for Plaintiff Kaplowitz*

Dan Drachler
Zwerling Schachter & Zwerling
1904 Third Ave., Suite 1030
Seattle, WA 98101
*Attorney for Plaintiffs Forseter and Sherwood*

| | |
|---|---|
| Robert Schachter<br>Sona Shah<br>Zwerling Schachter & Zwerling<br>41 Madison Ave., 32nd Floor<br>New York, NY 10010<br>*Attorneys for Plaintiffs Forseter and Sherwood* | Lynda J. Grant<br>The Grant Law Firm, PLLC<br>521 5TH Ave., 17th Floor<br>New York, NY 10175<br>*Attorneys for Plaintiff Underwood* |
| Katrina Carroll<br>Lite DePalma Greenberg, LLC<br>211 West Wacker Drive, Suite 500<br>Chicago, IL 60606<br>*Attorneys for Plaintiff Burkhardt* | Konstantine W. Kyros<br>Kyros Law Offices<br>17 Miles Road<br>Hingham, MA 02043<br>*Attorney for Plaintiff Burkhardt* |
| Kim D. Stephens<br>Email: kstephens@tousley.com<br>Jason T. Dennett<br>Email: jdennett@tousley.com<br>Tousley Brain Stephens PLLC<br>1700 7th Avenue, Suite 2200<br>Seattle, WA 98101<br>Tel: (206) 682-5600<br>Fax: (206) 682-299<br>*Attorneys for Plaintiffs Guenser and Colcord* | James J. Pizzirusso<br>Email: jpizzirusso@hausfeld.com<br>Swathi Bojedla<br>Email: sbojedla@hausfeld.com<br>Hausfeld<br>1700 K Street, NW<br>Washington, DC 20006<br>Tel: (202) 540-7200<br>Fax: (202) 540-7201<br>*Attorneys for Plaintiffs Guenser and Colcord* |
| Joseph N. Kravec, Jr.<br>Wyatt A. Lison<br>McKean Evans<br>Feinstein Doyle Payne & Kravec, LLC<br>Allegheny Building, 17th Floor<br>429 Forbes Avenue<br>Pittsburgh, PA 15219-1639<br>*Attorneys for Plaintiff Welch* | Ariana J. Tadler<br>Andrei V. Rado<br>John Seredynski<br>Adam Bobking<br>Milberg, LLP<br>One Pennsylvania Plaza, 49th Floor<br>New York, NY 10119<br>*Attorneys for Plaintiff Devine* |
| Anthony L. Rafel<br>Rafel Manville, PLLC<br>999 3RD Avenue, Suite 1600<br>Seattle, WA 98104<br>*Attorney for Plaintiff Purcell* | David A. Leen<br>Leen & O'Sullivan<br>520 E. Denny<br>Seattle, WA 98122<br>*Attorney for Plaintiff Welch* |
| Daniel C. Girard<br>Eric H. Gibbs<br>Girard Gibbs, LLP<br>601 California Street, 14th Floor<br>San Francisco, CA 94108<br>*Attorneys for Plaintiff Powers* | R. Glenn Phillips<br>Phillips & Webster<br>13303 NE 175th Street<br>Woodinville, WA 98077-5515<br>*Attorneys for Plaintiff Powers* |

Dated:  April 13, 2015

Respectfully submitted,

CAFFERTY CLOBES MERIWETHER
 & SPRENGEL LLP

By:    /s/Bryan L. Clobes
        Bryan L. Clobes

Bryan L. Clobes
Kelly L. Tucker
1101 Market Street
Suite 2650
Philadelphia, PA 19107
Tel: (215) 864-2800
Fax: (215) 864-2810
bclobes@caffertyclobes.com
ktucker@caffertyclobes.com

Harris L. Pogust
Kevin O'Brien
Pogust Braslow & Millrood LLC
8 Tower Bridge, Suite 1520
161 Washington Street
Conshohocken, PA 19428
Tel: (610) 941-4204
Fax: (610) 941-4245
hpogust@pbmattorneys.com
kobrien@pbmattorneys.com

Cliff Cantor
Law Offices of Clifford A. Cantor, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel: (425) 868-7813
Fax: (425) 732-3752
cliff.cantor@outlook.com

*Attorneys for Plaintiffs Webb, Guthrie and Flaten*