**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: PREMERA CUSTOMER DATA SECURITY DATA BREACH LITIGATION** | **MDL No. 2633** |

**INTERESTED PARTY RESPONSE OF PLAINTIFF ANNE P. EMERSON IN SUPPORT
OF MOTION FOR CONSOLIDATION AND TRANSFER UNDER 28 U.S.C. § 1407**

Under JPML Rule 6.1(c), interested Party Respondent Anne P. Emerson respectfully submits this Interested Party Response in Support of Transfer and Centralization in the Western District of Washington. Plaintiff has reviewed the arguments set forth in Plaintiff's Motion for Consolidation and Transfer under § 28 U.S.C. § 1407 (Dkt. No. 1) and is in agreement that consolidating the related cases in the Western District of Washington will increase the "convenience [for] the parties and witnesses," and "promote the just and efficient conduct of. .. [the] actions." 28 U.S.C. § 1407. Plaintiff also agrees that U.S. District Judge John C. Coughenour, Sr., is well qualified to oversee this litigation.

Additionally, Respondent believes the Western District of Washington is an appropriate transferee district because of its docket conditions. The Western District of Washington has only one pending MDL**.** *See In re Trasylol Products Liability Litigation*, 545 F.Supp.2d 1357 (J.P.M.L. 2008) (transferring to Southern District of Florida when it had a "relatively low number of MDL dockets"). Only one MDL proceeding is pending in the Western District of Washington, *In Re: New Cingular Wireless PCS, LLC, Data Services Sales Tax Refund Litigation*, MDL-2485, pending before Judge Coughenour. Additionally, from 2013 to 2014, the Western District of Washington has seen a 0.5% decrease in the number of pending cases and a 1.8% decrease in new filings. *See* Federal Judicial Caseload Statistics, Table C, U.S. District Courts—Civil Cases Commenced, Terminated, and Pending During the 12-Month Periods Ending March 13, 2013 and 2014. *See also In re Educational Testing Service PLT 7-12 Test Scoring Litigation*, 250 F.Supp.2d 1363 (J.P.M.L. 2004) (transferring to a district with favorable caseload conditions).

1

## CONCLUSION

For the foregoing reasons, and for the Motion for Consolidation and Transfer under § 28 U.S.C. § 1407 (Dkt. No. 1), Interested Party Respondent respectfully requests that the Panel centralize the *Premera Customer Data Security Breach Litigation*, MDL No. 2633, in the United Stated District Court for the Western District of Washington.

Dated: April 23, 2015         By:   */s/ Stephen R. Basser*
                                    Stephen R. Basser, CABA No. 121590
                                    Samuel W. Ward, CABA No. 216562
                                    BARRACK, RODOS & BACINE
                                    600 West Broadway, Suite 900
                                    San Diego, CA 92101
                                    Telephone: (619) 230-0800
                                    Facsimile: (619) 230-1874
                                    Email: sbasser@barrak.com
                                    Email: sward@barrak.com

                                    Duncan C. Turner, WSBA No. 20597
                                    BADGLEY MULLINS TURNER PLLC
                                    19929 Ballinger Way NE, Suite 200
                                    Shoreline, WA 98155
                                    Telephone: (206) 621-6566
                                    Facsimile: (206) 621-9686
                                    Email: dturner@badgleymullins.com